IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIO L. CAMACHO, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>THE STATE OF OKLAHOMA, )<br>)<br>Respondent. ) | NO. CIV-21-1029-C |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on October 28, 2021. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 5) of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed without prejudice. A judgment shall enter accordingly.

IT IS SO ORDERED this 23rd day of November 2021.

ROBIN J. CAUTHRON
United States District Judge